# ALABAMA COURT OF CRIMINAL APPEALS



May 23, 2025

**CR-2023-0497**
Forrest Carl Bullin v. State of Alabama (Appeal from Baldwin Circuit Court: CC-18-1891.60 and CC-18-900203.60)

## <u>NOTICE</u>

You are hereby notified that on May 23, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk